UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:  CASE NO.   05-36285-BKC-SHF
        CHAPTER    7

SANDRA ALICE PERRY

Debtor(s)
_____/

## TRUSTEE'S NOTICE OF DEPOSIT OF FUNDS WITH THE UNITED STATES BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN that

( XX ) The Trustee has a remaining balance of $ **612.89** in the estate bank account which represents unpresented checks drawn and mailed to creditors of the above-named Debtor(s) in accordance with the Notice of Final Dividends to Creditors. The Trustee has made a good faith effort to verify the correct mailing address for the creditor(s) and deliver the funds before filing this notice. More than sufficient time has passed for these checks to be presented for payment.

(    ) The Trustee has a remaining balance of $_____ in the estate bank account which represents small dividends as defined by Bankruptcy Rule 3010.

Attached hereto as <u>Exhibit A</u> and incorporated herein in compliance with Bankruptcy Rule 3011 is a list of the claim numbers, names, and addresses of each of the creditors and the amounts to which each is entitled.

WHEREFORE, the Trustee gives notice that the above-stated sum has been deposited with the Clerk of the United States Bankruptcy Court for the Southern District of Florida to effect the closing of this estate.

DATED: June 15, 2007.

By_____
PATRICIA DZIKOWSKI, TRUSTEE
1601 Sawgrass Corporate Parkway
Suite 120
Fort Lauderdale, Florida 33323
(954)835-0770

**EXHIBIT A**
**UNCLAIMED FUNDS / DIVIDENDS UNDER FIVE DOLLARS**
**SANDRA ALICE PERRY**
**CASE NO.: 05-36285-BKC-SHF**

| CLAIM NO. | CREDITOR | AMOUNT |
|---|---|---|
| 3 | Amsouth Bank<br>2050 Parkway Office Circle<br>Hoover AL 35244 | $262.90 |
| 9 | First American Investment Co LLC<br>65 Great Arrow Dr<br>Buffalo NY 14216 | $349.99 |